UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )  Plaintiff, )  )  vs. )  )  NEIL QUICK, )  )  Defendant. ) | No.   18-20059-cr-SLD-EIL |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

**NOW COME** Thomas W. Patton and Johanes C. Maliza and the Office of the Federal Public Defender for the Central District of Illinois, and move this Court for the entry of an Order granting them leave to withdraw as counsel of record for Defendant, NEIL QUICK, in the above-entitled cause on the grounds that private counsel, Anthony A. Bruno, has entered an appearance on Defendant's behalf.

Respectfully submitted,
NEIL QUICK, Defendant

THOMAS W. PATTON
Federal Public Defender

Dated: January 14, 2019       By:   /s/ Johanes C. Maliza
Assistant Federal Public Defender
600 E. Adams, Third Floor
Springfield, IL 62703
(217) 492-5070
(217) 492-5077 FAX
Johanes_Maliza@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

By: /s/ Johanes C. Maliza
Assistant Federal Public Defender
600 E. Adams, Third Floor
Springfield, IL 62703
(217) 492-5070
(217) 492-5077 FAX
Johanes_Maliza@fd.org